**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TALES.COM, INC.,

      PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:25-CV- 02707

**FILED UNDER SEAL**

## EXHIBIT 1 TO THE COMPLAINT

Registration Number

**VA 2-426-728**

**Effective Date of Registration:**
January 03, 2025
**Registration Decision Date:**
January 03, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** March 15, 2023 to March 15, 2023

### Title

| | |
|---|---|
| **Title of Group:** | Tales 2023 |
| **Number of Photographs in Group:** | 7 |
| **• Individual Photographs:** | TAL-1, TAL-2, TAL-3, TAL-4, TAL-5, TAL-6, TAL-7 |
| **Published:** | March 2023 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | March 15, 2023 |
| **Latest Publication Date in Group:** | March 15, 2023 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| **• Author:** | Tales.com, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tales.com, Inc. 560 S 100 W., Suite 21, Provo, UT, 84601, United States |

| File name | Copyrighted Image / Text | Registration Date | Registration No. |
|---|---|---|---|
| TAL-1 | | 2025-01-03 | VA0002426728 |
| TAL-2 | | 2025-01-03 | VA0002426728 |

| TAL-3 | | 2025-01-03 | VA0002426728 |
|---|---|---|---|
| TAL-4 | | 2025-01-03 | VA0002426728 |

| TAL-5 | | 2025-01-03 | VA0002426728 |
| --- | --- | --- | --- |
| TAL-6 | | 2025-01-03 | VA0002426728 |

| TAL-7 |  | 2025-01-03 | VA0002426728 |
| --- | --- | --- | --- |

Registration Number
**VA 2-426-968**
**Effective Date of Registration:**
January 07, 2025
**Registration Decision Date:**
January 08, 2025

## Title

Title of Work: TAL-8

## Completion/Publication

Year of Completion: 2023
Date of 1st Publication: March 15, 2023
Nation of 1ˢᵗ Publication: United States

## Author

- Author: Tales.com, Inc.
Author Created: photograph
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Tales.com, Inc.
560 S 100 W., Suite 21, Provo, UT, 84601, United States

## Rights and Permissions

Organization Name: Tales.com, Inc.
Address: 560 S 100 W., Suite 21
Provo, UT 84601 United States

## Certification

Name: Jessica Delos Santos
Date: January 07, 2025

| File name | Copyrighted Image / Text | Registration Date | Registration No. |
|---|---|---|---|
| TAL-8 | | 2025-01-07 | VA0002426968 |

Registration Number

**TX 9-456-834**

**Effective Date of Registration:**
January 07, 2025
**Registration Decision Date:**
January 07, 2025

## Title

|  |  |
|---|---|
| Title of Work: | Tales Life Story Interview Kit (Questions) |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | March 15, 2023 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Tales.com, Inc. |
| Author Created: | text, Selection, arrangement |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Tales.com, Inc. |
|  | 560 S 100 W., Suite 21, Provo, UT, 84601, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Tales.com, Inc. |
| Address: | 560 S 100 W., Suite 21 |
|  | Provo, UT 84601 United States |

## Certification

|  |  |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | January 07, 2025 |

| File name | Copyrighted Image / Text | Registration Date | Registration No. |
|---|---|---|---|
| Tales Life Story Interview Kit (Questions) | Tales Life Story Interview Kit (Questions) | 2025-01-24 | TX0009456834 |