**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TALES.COM, INC.,

       PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

       DEFENDANTS.

CASE NO.: 1:25-CV-02707

JUDGE GEORGIA N. ALEXAKIS

MAGISTRATE JUDGE GABRIEL A. FUENTES

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED that Tales' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that the Defaulting Defendant is deemed in default, and that this Final Judgment is entered against the Defaulting Defendant. IT IS FURTHER ORDERED that:

1. The Defaulting Defendant shall be permanently enjoined and restrained from:

    a.     using the Tales Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Tales Product or not authorized by Tales to be sold in connection with the Tales Copyrights;

    b.     passing off, inducing, or enabling others to sell or pass off any product as a genuine Tales Product or any other product produced by Tales, that is not Tales' or not produced under the authorization, control or supervision of Tales and approved by Tales, for sale under the Tales Copyrights;

    c.     committing any acts calculated to cause consumers to believe that the Defaulting Defendant's products are those sold under the authorization, control, or

1

supervision of Tales, or are sponsored by, approved by, or otherwise connected with Tales;

d. further infringing the Tales Copyrights and damaging Tales' goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Tales, nor authorized by Tales to be sold or offered for sale, and which bear any of the Tales Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores or any other domain name or online marketplace account that is being used to sell, or is the means by which the Defaulting Defendant could continue to sell Infringing Tales Products; and,

g. operating and/or hosting websites at any other online marketplace or domain names registered or operated by the Defaulting Defendant that is involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's Tales Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine Tales Product, or not authorized by Tales to be sold in connection with the Tales Copyrights.

2. Defendant and those with actual notice of this Order, including any online marketplaces, including but not limited to, AliExpress.com ("AliExpress") (the "Online Marketplace", and payment processors such as PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), and Alipay US, Inc. ("Alipay") (the "Payment Processors") (collectively referred to herein as "Third-Party Providers"), social media

platforms, Facebook, YouTube, LinkedIn, Twitter, and Internet search engines such as Google, Bing and Yahoo, shall within five (5) business days of receipt of this Order:

    a      Disable and cease providing services for the following product listings (the "Product Listings"):

https://www.aliexpress.com/item/3256807734733344.html;

https://www.aliexpress.com/item/3256807632287770.html; and

https://www.aliexpress.com/item/3256807191057736.html;

b. Disable and cease displaying any advertisements used by or associated with the Defaulting Defendant in connection with the sale of counterfeit and infringing goods using the Tales Copyrights; and

c. Take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Pursuant to 17 U.S.C. § 504(c)(2), Tales is awarded statutory damages from the Defaulting Defendant in the amount of thirty thousand dollars ($30,000) for willful copyright infringement of the Tales Copyrights. The thirty thousand dollar ($30,000) award shall apply to the Defaulting Defendant only once, even though Defaulting Defendant listed the Infringing Product under multiple Defendant Internet Stores.

4. Defendant shall be permanently restrained and enjoined from transferring or disposing of any money or other of Defendants' assets obtained in relation to the distribution, marketing, advertising, offering for sale, or sale of any products featuring and/or in connection to the Tales Copyrights.

5. The bond posted by Plaintiff in the amount of $1,000, and any applicable or earned interest, is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.


Dated: June 27, 2025

Georgia N. Alexakis
United States District Court Judge

4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TALES.COM, INC., | CASE NO.: 25-CV-02707 |
| PLAINTIFF, | |
| V. | JUDGE GEORGIA N. ALEXAKIS |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | MAGISTRATE JUDGE GABRIEL A. FUENTES |

## SCHEDULE A

| NO. | DEFENDANT / SELLER ALIAS | SELLER / STORE NAME | MARKETPLACE URL |
|---|---|---|---|
| 1 | Shenzhen Jia Yi Trading Co., Ltd. | JIAY Toy Wonderland Store | aliexpress.com/store/1102059526 |
| | | JIAY Toy Wonderland Store | aliexpress.com/store/1103515058 |

1